# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ROKOSI HUMPHREY**                                                    **PLAINTIFF**
**ADC #154914**

**v.**                 **CASE NO. 5:16-CV-00174 BSM**

**NATHAN DAVID WHITE, et al.**                                **DEFENDANTS**

## ORDER

The proposed findings and recommendation [Doc. No. 58] submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review of the record, the proposed findings and recommendation are adopted in their entirety. Accordingly, defendants' motion for summary judgment [Doc. No. 46] is granted, Humphrey's claims against defendants White and Hepler are dismissed without prejudice, and Humphrey's claims against the remaining defendant are dismissed with prejudice. It is certified that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of March 2018.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE